**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Parris T. Buford |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Arkansas (State) |
| Case number | 14-11327 |

# Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 22

**Last 4 digits** of any number you use to identify the debtor's account: 5 9 5 6

**Property address:** 6 Butterfly Drive
Number    Street

North Little Rock    AR    72120
City    State    ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a) $ 17,561.28

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c.  **Total**. Add lines a and b.    (c) $ 17,561.28

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    04 / 01 /2018
MM / DD / YYYY

| Debtor 1 | Parris | T. | Buford | Case number (if known) | 14-11327 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:** **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:** **Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✖ /s/ Christopher K. Baxter | | | Date | 05 / 03 / 2019 |
|---|---|---|---|---|
| Signature | | | | |

| Print | Christopher | K. | Baxter | Title | Attorney |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Marinosci Law Group |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 14643 Dallas Parkway, Suite 750 |
|---|---|
| | Number          Street |

| | Dallas | TX | 75254 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | ( 972 ) 331 _ 2300 | Email | ARMS-BK@mlgdefaultlaw.com |
|---|---|---|---|

---



| Date |
|------|
| Loan mod 6/1/14 |
| 7/1/2016 |
| 9/1/2017 |
| |
| |
| |

| Loan Information | |
|------------------|---|
| Loan # | |
| Borrower | Buford |
| Date Filed | 3/11/14, 14 11327 |
| First Post Petition | Loan Mod 6/2014 |
| POC Covers | Loan Mod 6/2014 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date |
|------|-------------|-------------------|----------------------|
| 3/15/2017 | | | 7/1/2014 |
| 3/15/2017 | $1,500.00 | | |
| 3/17/2017 | | 7/1/2014 | 7/1/2014 |
| | | 8/1/2014 | 8/1/2014 |
| 3/21/2017 | | 9/1/2014 | 9/1/2014 |
| 3/22/2017 | | 10/1/2014 | 10/1/2014 |
| 3/23/2017 | | 11/1/2014 | 11/1/2014 |
| | | 12/1/2014 | 12/1/2014 |
| | | 1/1/2015 | 1/1/2015 |
| | | 2/1/2015 | 2/1/2015 |
| | | 3/1/2015 | 3/1/2015 |
| | | 4/1/2015 | 4/1/2015 |
| | | 5/1/2015 | 5/1/2015 |
| | | 6/1/2015 | 6/1/2015 |
| | | 7/1/2015 | 7/1/2015 |
| 3/27/2017 | | 8/1/2015 | 8/1/2015 |
| | | 9/1/2015 | 9/1/2015 |
| | | 10/1/2015 | 10/1/2015 |
| | | 11/1/2015 | 11/1/2015 |
| | | 12/1/2015 | 12/1/2015 |
| | | 1/1/2016 | 1/1/2016 |
| | | 2/1/2016 | 2/1/2016 |
| | | 3/1/2016 | 3/1/2016 |
| 4/12/2017 | $1,500.00 | | |
| 4/14/2017 | | 4/1/2016 | 4/1/2016 |
| 5/11/2017 | $1,500.00 | | |
| 5/22/2017 | | 5/1/2016 | 5/1/2016 |
| 6/29/2017 | $1,500.00 | 6/1/2016 | 6/1/2016 |
| 8/25/2017 | $3,000.00 | 7/1/2016 | 7/1/2016 |
| | | 8/1/2016 | 8/1/2016 |

| | | | |
|---|---|---|---|
| 9/18/2017 | $1,500.00 | | |
| 9/19/2017 | | 9/1/2016 | 9/1/2016 |
| 10/19/2017 | $2,000.00 | 10/1/2016 | 10/1/2016 |
| 12/28/2017 | $1,175.56 | 11/1/2016 | 11/1/2016 |
| 1/17/2018 | $3,000.00 | | |
| 1/18/2018 | | 12/1/2016 | 12/1/2016 |
| | | 1/1/2017 | 1/1/2017 |
| 2/14/2018 | $1,500.00 | | |
| 2/15/2018 | | 2/1/2017 | 2/1/2017 |
| 3/8/2018 | $1,500.00 | 3/1/2017 | 3/1/2017 |
| 4/16/2018 | $1,500.00 | 4/1/2017 | 4/1/2017 |
| 5/15/2018 | $1,500.00 | 5/1/2017 | 5/1/2017 |
| 6/20/2018 | $1,500.00 | 6/1/2017 | 6/1/2017 |
| 7/24/2018 | $1,500.00 | 7/1/2017 | 7/1/2017 |
| 8/22/2018 | $1,500.00 | 8/1/2017 | 8/1/2017 |
| 9/12/2018 | $1,500.00 | 9/1/2017 | 9/1/2017 |
| 10/15/2018 | $1,394.31 | 10/1/2017 | 10/1/2017 |
| 11/28/2018 | $1,394.31 | 11/1/2017 | 11/1/2017 |
| 12/31/2018 | $1,394.31 | 12/1/2017 | 12/1/2017 |
| 1/28/2019 | $1,394.31 | 1/1/2018 | 1/1/2018 |
| 2/28/2019 | $1,394.31 | 2/1/2018 | 2/1/2018 |
| 3/29/2019 | $1,394.31 | 3/1/2018 | 3/1/2018 |
| **Next due** | | **4/1/2018** | **4/1/2018** |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Payment Changes | | |
|---|---|---|
| P&I | Escrow | Total |
| 1144.46 | 283.44 | 1427.9 |
| 1144.46 | 295.72 | 1440.18 |
| 1144.66 | 318.98 | 1463.44 |
| | | |
| | | |
| | | |

| Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance |
|---|---|---|---|---|
| | $0.00 | $29,770.67 | | $29,770.67 |
| | $1,500.00 | $1,500.00 | | $31,270.67 |
| $1,427.90 | -$1,427.90 | | $4,140.57 | $27,130.10 |
| $1,427.90 | -$1,427.90 | | | $27,130.10 |
| $1,427.90 | -$1,427.90 | | $1,427.90 | $25,702.20 |
| $1,427.90 | -$1,427.90 | | $1,427.90 | $24,274.30 |
| $1,427.90 | -$1,427.90 | | $12,851.10 | $11,423.20 |
| $1,427.90 | -$1,427.90 | | | $11,423.20 |
| $1,427.90 | -$1,427.90 | | | $11,423.20 |
| $1,427.90 | -$1,427.90 | | | $11,423.20 |
| $1,427.90 | -$1,427.90 | | | $11,423.20 |
| $1,427.90 | -$1,427.90 | | | $11,423.20 |
| $1,427.90 | -$1,427.90 | | | $11,423.20 |
| $1,427.90 | -$1,427.90 | | | $11,423.20 |
| $1,427.90 | -$1,427.90 | | $11,423.20 | $0.00 |
| $1,427.90 | -$1,427.90 | | | $0.00 |
| $1,427.90 | -$1,427.90 | | | $0.00 |
| $1,427.90 | -$1,427.90 | | | $0.00 |
| $1,427.90 | -$1,427.90 | | | $0.00 |
| $1,427.90 | -$1,427.90 | | | $0.00 |
| $1,427.90 | -$1,427.90 | | | $0.00 |
| $1,427.90 | -$1,427.90 | | | $0.00 |
| | $1,500.00 | $1,500.00 | | $1,500.00 |
| $1,427.90 | -$1,427.90 | | $1,427.90 | $72.10 |
| | $1,500.00 | $1,500.00 | | $1,572.10 |
| $1,427.90 | -$1,427.90 | | $1,572.10 | $0.00 |
| $1,427.90 | $72.10 | $72.10 | | $72.10 |
| $1,440.18 | $1,559.82 | $119.64 | | $191.74 |
| $1,440.19 | -$1,440.19 | | | $191.74 |

| | $1,500.00 | $1,500.00 | | $1,691.74 |
|---|---|---|---|---|
| $1,440.18 | -$1,440.18 | | $1,440.18 | $251.56 |
| $1,440.18 | $559.82 | $559.82 | | $811.38 |
| $1,440.18 | -$264.62 | | $264.62 | $546.76 |
| | $3,000.00 | $3,000.00 | | $3,546.76 |
| $1,440.18 | -$1,440.18 | | $1,440.18 | $2,106.58 |
| $1,440.18 | -$1,440.18 | | $1,440.18 | $666.40 |
| | $1,500.00 | $1,500.00 | | $2,166.40 |
| $1,440.18 | -$1,440.18 | | $1,440.18 | $726.22 |
| $1,440.18 | $59.82 | $59.82 | | $786.04 |
| $1,440.18 | $59.82 | $59.82 | | $845.86 |
| $1,440.18 | $59.82 | $59.82 | | $905.68 |
| $1,440.18 | $59.82 | $59.82 | | $965.50 |
| $1,440.18 | $59.82 | $59.82 | | $1,025.32 |
| $1,440.18 | $59.82 | $59.82 | | $1,085.14 |
| $1,440.18 | $59.82 | $59.82 | | $1,144.96 |
| $1,440.18 | -$45.87 | | $45.87 | $1,099.09 |
| $1,440.18 | -$45.87 | | $45.87 | $1,053.22 |
| $1,440.18 | -$45.87 | | $45.87 | $1,007.35 |
| $1,440.18 | -$45.87 | | $45.87 | $961.48 |
| $1,440.18 | -$45.87 | | $45.87 | $915.61 |
| $1,440.18 | -$45.87 | | $45.87 | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |

| | | | | |
|---|---|---|---|---|
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |
| | $0.00 | | | $869.74 |

| POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |
| $0.00 |  | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| $0.00 | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |

|  |  | $0.00 | $0.00 |
|---|---|---|---|
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |
|  |  | $0.00 | $0.00 |

| Comments |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**IN RE: Parris T. Buford**                                **CASE NO.: 4:14-bk-11327**

                                                                          **Chapter 13**

            **Debtor**

**<u>CERTIFICATE OF SERVICE</u>**

      I, Christopher K. Baxter, certify that a true and correct copy of the Response to Notice of Final Cure was placed in the U. S. Mail with sufficient postage affixed hereto or via ECF/Electronic Mail as to guarantee proper delivery to the attached mailing matrix on this 3rd day of <u>May</u>, 2019:

      Marinosci Law Group, P.C.

      /s/ Christopher K. Baxter
      Christopher K. Baxter
      Attorney Bar No.: 2008102
      14643 Dallas Parkway, Ste. 750
      Dallas, TX  75254
      Telephone: (972) 331-2300
      Facsimile: (972) 331-5240
      E-Mail: ARMS-BK@mlg-defaultlaw.com
      ATTORNEY FOR MOVANT

Label Matrix for local noticing
0860-4
Case 4:14-bk-11327
Eastern District of Arkansas
Little Rock
Fri May  3 11:44:06 CDT 2019

Little Rock Division
U.S. Bankruptcy Court
300 W. 2nd Street
Little Rock, AR 72201-2400

Arkansas Department of Finance and Admin.
Legal Counsel Room 2380
P O Box 1272
Little Rock, AR 72203-1272

CERASTES, LLC
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

DLJ Mortgage Capital, Inc.
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119-3284

Dept. of Child Support Service
P.O. Box 419064
Rancho Cordova, CA 95741-9064

FAY SERVICING, LLC
440 S. LaSalle Street
Suite 2000
CHICAGO, IL 60605-5011

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000

GECRB/Walmart
P.O. Box 965024
Orlando, FL 32896-5024

Arkansas Dept. of Finance & Admin.
Legal Counsel
P.O. Box 1272, Rm 2380
Little Rock, AR 72203-1272

ALTAIR OH XIII, LLC
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899-8803

Capital One Bank USA NA
P.O. Box 30281
Salt Lake City, UT 84130-0281

Citicards CBNA
701 E. 60th Street N.
Sioux Falls, SD 57104-0432

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Fay Servicing, LLC
Customer Service
P.O. Box 809441
Chicago, IL 60680-9441

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Gibson Auto Sales
1425 Airport Road
Hot Springs, AR 71913-7955

Arkansas DF&A
Legal Division
P.O. Box 1272
Little Rock, AR 72203-1272

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

Christian Brothers University
650 East Parkway South
Memphis, TN 38104-5568

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Dell Financial Svcs Web Bank
P.O. Box 81607
Austin, TX 78708-1607

Exxon Mobil/Citibank
P.O. Box 6497
Sioux Falls, SD 57117-6497

First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107-0145

GECRB/Ashley Furniture
P.O. Box 965036
Orlando, FL 32896-5036

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Massachusetts Higher Education Assistance Co
dba American Student Assistance
100 Cambridge St
Boston, MA 02114-2567

Ocwen Loan Servicing, LLC
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409-6493

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard/ Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

San Diego DCSS
PO Box 122031
San Diego, CA  92112-2031

Student Assistance Foundation
2500 Broadway
P.O. Box 5209
Helena, MT 59604-5209

U.S. Bank Trust National Association
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038-2480

U.S. Trustee (ust)
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201-3618

Doug Lickert
Attorney at Law
5321 JFK Blvd., Suite A
North Little Rock, AR 72116-6736

Mark T. McCarty
Chapter 13 Standing Trustee
P.O. Box 5006
N. Little Rock, AR 72119-5006

Parris T. Buford
6 Butterfly Drive
Sherwood, AR 72120-5118

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Ford Motor Credit Company LLC
Dept 55953
P O Box 55000
Detroit  MI  48255-0953

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Christiana Trust

(u)DLJ Mortgage Capital, Inc.

(u)Fay Servicing, LLC

(u)Ocwen Loan Servicing, LLC.

(u)Wilmington Trust, National Association

(d)John Gibson Auto Sales
1425 Airport Road
Hot Springs, AR 71913-7955

(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients    41
Bypassed recipients     7
Total                  48